

**United States Court of Appeals**

THE PIONEER COURTHOUSE
700 S. W. SIXTH AVENUE
PORTLAND, OREGON 97204-1396

Chambers of
DIARMUID F. O'SCANNLAIN
United States Circuit Judge

July 3, 2007

(503) 833-5380

Honorable Ortrie D. Smith, Chair
Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

RECEIVED 2007 JUL 10 A 10: 50 FINANCIAL DISCLOSURE OFFICE

Dear Judge Smith:

Thank you for your letter of June 28. With respect to the "Coronado Apts. (Ltd. Partnership)," that entity has been dissolved. ███████ received her "final distribution" from the partnership on October 18, 2004, which I reported with a value code of "J" in my 2004 report. The partnership was inadvertently listed on the 2005 report.

I trust this explains the discrepancy and that no formal amendment of the 2005 or 2006 report is required.

Sincerely,

Diarmuid F. O'Scannlain
United States Circuit Judge
for the Ninth Circuit

| AO 10<br>Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2006 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>O'Scannlain, Diarmuid F | 2. Court or Organization<br><br>Ninth Circuit Court of Appeals | 3. Date of Report<br><br>05/07/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US Circuit Judge(Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,  Date<br>☐ Initial  ☒ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>The Pioneer Courthouse<br>700 S.W. Sixth Ave. Suite 313<br>Portland, Oregon 97204-1396 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐  NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Board of Visitors Member | Lewis & Clark Law School |
| 2.  Board of Advisors Member | Harvard Journal of Law & Public Policy |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒  NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY -9 A 11: 15 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| O'Scannlain, Diarmuid F | 05/07/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 01-05/06 | Lewis & Clark Law School, Portland, OR (law teaching) | $ 3,300 |
| 2. 07/06 | New York University Law School (law teaching) | $ 1,800 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Federalist Society | 2/23-2/26/2006 New York, NY (Federalist Society Student Symposium, Panel Moderator, Columbia Law School) (transportation, meals, room) |
| 2. | Federalist Society | 3/15-3/17/2006 Cambridge, MA (Harvard Federalist Society, Speaker) (transportation, meals, room) |
| 3. | Federalist Society | 5/10-11/2006 Atlanta, GA (Federalist Society Lawyers Chapter, Speaker) (transportation, meals, room) |
| 4. | New York University School of Law | 7/8-7/15/2006 New York, NY (Appellate Judges Seminar Faculty Member) (transportation, meals, room) |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Scannlain, Diarmuid F | 05/07/2007 |

| 5. | Federalist Society | 10/5-10/8/2006 Notre Dame, IN (Notre Dame Federalist Society, Speaker) (transportation, meals, room) |
|---|---|---|
| 6. | University of St. Thomas | 11/9-11/12/2006 Minneapolis, MN (St. Thomas Law Journal Symposium, Keynote Speaker) (transportation, meals, room) |
| 7. | Federalist Society | 11/15-11/18/2006 Washington, D.C. (Federalist Society National Lawyers Convention, Panel Member) (transportation, meals, room) |
| 8. | George Mason University School of Law, Law & Economics Center | 11/30-12/7/2006 Captiva, FL (The Nature of the Judicial Function Program) (transportation, meals, room) |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Scannlain, Diarmuid F | 05/07/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. US Bank | Line of credit | L |
| 2. Marriott Ownership Resorts | Mortgage on Time Share | K |
| 3. Chase | Credit Card | J |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Scannlain, Diarmuid F | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA US Treasury Bonds (CATS) | | None | J | T | | | | | |
| 2. IRA Glaxo Smith Kline PLC (com. stock) | A | Dividend | J | T | | | | | |
| 3. IRA Citibank formerly Smith Barney Money Funds (money mkt) | A | Dividend | J | T | * | | | | *Automated trades throughout year |
| 4. IRA Ameren Corp. (com. stock) | A | Dividend | J | T | | | | | |
| 5. IRA Kimberly Clark Corp. (com. stock) | A | Dividend | J | T | Sold | 07-06 | J | A | |
| 6. IRA Neenah Paper Inc. (com. stock) | A | Dividend | J | T | | | | | |
| 7. Fountainhead Apts. (Ltd. Partnership) | | None | J | W | | | | | |
| 8. Indiana Realty (Ltd. Partnership) | B | Distribution | J | W | | | | | |
| 9. Crystal Hopper (Ltd. Partnership) | | None | J | W | | | | | |
| 10. Session Co. (Ltd. Partnership) | | None | J | W | | | | | |
| 11. Guadalupe River condos Kerrville, TX (real property) | | None | K | W | Sold | 01-27 | K | D | |
| 12. Ramagon Toys (com. stock) | | None | J | W | | | | | |
| 13. US Bancorp (com. stock) | A | Dividend | J | T | | | | | |
| 14. Columbia Daily Income (money market) | A | Dividend | J | T | Sold | 08-21 | J | A | |
| 15. Citibank formerly Smith Barney Money Funds (money market) | A | Dividend | J | T | * | | | | *Automated Trades Throughout Year |
| 16. Columbia Oregon Municipal Bond Fund | A | Dividend | J | T | Sold | 08-21 | J | A | |
| 17. Marriott Ownership Resorts Shadow Ridge | | None | K | R | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | S =Assessment | |
| | Q =Appraisal | V =Other | | | |
| | U =Book Value | | W =Estimated | | |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure. .

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date _____5/7/07_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544